**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge: Deborah M. Fine** | **Date:** May 16, 2024 |
| **USA v. Christina Chapman** | **Case Number: 24-05161MJ-001-PHX-DMF** |

**Assistant U.S. Attorney: Todd Allison for AUSA Stuart Zander**
**Attorney for Defendant: Mark Rumold**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:** ☒ **Present** ☐ **Not Present** ☐ **Released** ☒ **Custody** ☐ **Summons** ☐ **Writ**

**INITIAL APPEARANCE re: Rule 5 Indictment out of the District of Columbia**
**DOA: 5/15/2024**            **[1:24-cr-220]**

This is the time set for Initial Appearance in Rule 5(c)(3) Proceedings as to Christina Chapman held on 5/16/2024.  Government moves to unseal the case.  SO ORDERED.  FINANCIAL AFFIDAVIT TAKEN.  IT IS ORDERED appointing AFPD Mark Rumold for Defendant (for proceedings in the District of Arizona only).  Rule 5(c)(3) Identity Hearing waived.  The Court finds that Defendant is the individual named in the Arrest Warrant and Indictment.  The Government is not seeking detention.  Defendant is ordered released with conditions.  Conditions of release are reviewed with the Defendant on the record.  Order to Appear to issue.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

| | | | |
|---|---|---|---|
| **Recorded By** Courtsmart | | **IA** | **10 min** |
| **Deputy Clerk** Sherry Strong | | **ID** | **3 min** |
| | | **DH** | **15 min** |
| | | **Start:** | **3:32 PM** |
| | | **Stop:** | **4:00 PM** |

cc: USMS/PTS/AUSA/Dfns Cnsl