AZD PS 40  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**   **Office of Legal Affairs, Passport Services**     **FROM:**     United States Pretrial Services
U.S. Department of State                                                            Sandra Day O'Connor Courthouse, Suite 260
CA/PPT/L/LA                                                                          401 W. Washington Street, SPC 8
44132 Mercure Circle                                                                 Phoenix, Arizona 85003-2119
P.O. Box 1243                                                                        (602) 322-7350
Sterling, VA 20166-1243                                                              Fax: (602) 322-7380

### Original Notice

**Date:**    May 16, 2024

**By:**   VE

---

Defendant:   Christina Chapman                          Case Number:      0970 2:24-05161M

Date of Birth:  1975                                     Place of Birth:     Busan, South Korea

SSN:   XXX-XX-7030

---

**Notice of Court Order** (Order Date: May 16, 2024)

☒   The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒   The above-named defendant surrendered Passport number 68XXXXXXX to the custody of the U.S. Pretrial Services on May 17, 2024.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☐   The above order of the court is no longer in effect.

☐   Defendant not convicted – Document returned to defendant.

☐   Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐   Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court